# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **SIDNEY T. LEWIS,** : | |
| : | Case No. 2:09-CV-936 |
| **Appellant** : | |
| : | JUDGE ALGENON L. MARBLEY |
| v. : | |
| : | |
| **LARRY J. MCLATCHY,** : | |
| : | |
| **Appellee.** : | |

## ORDER

This matter is before the Court on Appellant, Sidney T. Lewis' ("Lewis") Emergency Motion for Extension of Time and to Remand (Doc. 4). On October 10, 2009, the Clerk of the Southern District Court entered a Bankruptcy Scheduling Order (Doc. 2) detailing when the deadlines for the submissions of briefs in this case. Subsequent to that scheduling order, Lewis filed the Emergency Motion for Extension of Time and to Remand, requesting an indefinite extension of time and that the Bankruptcy Court be required to make findings of fact upon remand. This Court previously found Lewis to be a vexatious litigator and there is currently an Order in place forbidding Lewis and Yvonnne D. Lewis from filing any action without first submitting a certification from their attorney that their claims are warranted. Lewis' Motion is hereby **DENIED** and the parties are ordered to comply with any briefing deadlines set forth in this case.

    **IT IS SO ORDERED.**

                                                                     s/Algenon L. Marbley
                                                    **UNITED STATES DISTRICT COURT**

**DATE: December 15, 2009**